## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

MAY 1 5 2026

Clerk, U.S. District Court
By_____Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO. 26-6125-01-GEB

PATRICIA RODRIGUEZ,

Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. § 841]

On or about January 16, 2026, in the District of Kansas, the defendant

**PATRICIA RODRIGUEZ,**

did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, PATRICIA RODRIGUEZ, committed the offense set forth in this Complaint.

Charles Williams
SA, DEA

Sworn to before me this 15th day of May, 2026, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, PATRICIA RODRIGUEZ, committed the offense set forth in this Complaint.

___Gwynne E. Birzer___
United States Magistrate Judge

_____
Signature of Judicial Officer

2

# PENALTIES

**Count 1:   21 U.S.C. §§  841(a)(1), (b)(1)(B)**
**[Distribution of a Controlled Substance]**

- Punishable by a term of imprisonment of not less than five (5) years and not more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and not more than life.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A)

- Forfeiture.

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Charles Williams, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I have been a Special Agent with the Drug Enforcement Administration (DEA) since 2019. I have received approximately 720 hours of specialized training at the DEA Academy, Quantico, Virginia, in conducting narcotics investigations, including drug interdiction, identification, smuggling, clandestine manufacture of drugs, methods of packaging, distribution of drugs, undercover operations, the laundering of drug proceeds, asset forfeiture, use of confidential sources, and the legal aspects of conducting drug investigations. Prior to my assignment with the DEA, I worked as a United States Border Patrol Agent at the Swanton, Vermont Station and Sanderson, Texas station from approximately 2009 to 2019. As a Border Patrol Agent, I received approximately 1,000 hours of training at the Border Patrol Academy in Artesia, New Mexico.

2.     While assigned with the DEA, I have participated in drug investigations, involving the unlawful manufacture of controlled substances, possession of controlled substances with the intent to distribute, distribution of controlled substances (including heroin, cocaine, marijuana and methamphetamine) and conspiracies associated with criminal drug trafficking offenses, in violation of Title 21, United States Code, Section 841(a)(1) Possession with Intent to Distribute and Distribution of Controlled Substances; Section 843(b) Unlawful use of a Communication Device to Commit or Facilitate the Commission of Drug Trafficking Offenses; Section 846 Conspiracy or Attempt to Commit Drug Trafficking Offenses. In connection with my official DEA duties, I investigate criminal violations of the Controlled Substances Act.

3.      During the course of my law enforcement career and employment with the DEA, I have participated in numerous surveillance operations including physical surveillance and electronic surveillance. I have also interviewed confidential sources ("CSs") and defendants regarding various criminal activities, including narcotics trafficking. These interviews have included discussions of the use and meaning of code words to conceal criminal activity. I have also written reports and analyzed records and documents. Through my assignment with the DEA, I have gained knowledge in the use of various investigative techniques, including the use of physical surveillance, undercover agents, confidential sources, controlled purchases of illegal narcotics, electronic surveillance, consensually monitored recordings, investigative interviews, trash searches, and the execution of federal search and arrest warrants.

4.      Based upon my training and experience, individuals who distribute illegal controlled substances often carry and possess firearms in order to protect their property, their product, their proceeds and themselves from theft or robbery. Such individuals also often accept firearms in exchange for controlled substances in lieu of monetary payment for those controlled substances.

## PROBABLE CAUSE

5.      The United States, including the DEA, is conducting a criminal investigation of Patricia RODRIGUEZ (hereinafter referred to as RODRIGUEZ) and other identified and unidentified subjects regarding possible violations of Title 21, United States Code, Section 841(a)(1). On March 3, 2026, the Wichita Resident Office (WRO) began assisting Sedgwick County Sheriff's Office (SCSO) with their already active criminal investigation into a methamphetamine drug distributor located in Wichita, Kansas, later identified to be RODRIGUEZ.

2

6.    On January 16th, 2026, Detective McCall D2180, with the Sedgwick County Sheriff's Office, and Confident Informant CI-03-2025-D2180-01 (hereinafter referred to as "the CI") contacted a known source of supply (hereinafter referred to as "SOS") in Mexico in order to purchase a half kilogram of methamphetamine.

7.    The CI had stated to Detective McCall that the SOS in Mexico distributed drugs within the Wichita, Sedgwick County, Kansas area by utilizing residents of Wichita, Kansas to sell the SOS's controlled substances. The CI then contacted the SOS in Mexico, at phone number +52 618 304 6693, to coordinate a purchase of methamphetamine between Detective McCall, who would be acting within an undercover capacity, and the CI. As a result of the conversation, the SOS agreed to sell Detective McCall and the CI a half kilogram of methamphetamine. The SOS also informed Detective McCall and the CI that the SOS would send a person to meet with them to facilitate the deal.  Detective McCall and the CI were then directed by the SOS to go to the area of 21st and Maize, Wichita, Sedgwick County, Kansas, and to wait for the SOS's person to arrive with the methamphetamine.

8.    At approximately 1738hrs, a grey Chevy Impala, bearing Kansas tag 0164ABT, arrived at the pre-arranged meet location. The Impala was occupied by a single Hispanic female. Detective McCall exited his undercover vehicle and entered the front passenger seat of the Chevy Impala. Detective McCall provided the female, who would soon be identified as Patricia RODRIGUEZ, $1900.00 in US Currency. After being provided the US Currency, RODRIGUEZ provided Detective McCall with a yellow draw string bag containing a package wrapped in brown tape.

3

9.      After the transaction was complete, investigators with the Sedgwick County Sheriff's Office and Wichita Police Department followed the Impala back to 2303 N Shefford Circle, Wichita, Sedgwick County, Kansas. By use of law enforcement databases, Detective McCall discovered that the Chevy Impala was registered to Patricia Rodriguez. Detective McCall was able to identify RODRIGUEZ as the driver of the Chevy Impala based on a photograph of Rodriguez acquired by law enforcement intelligence and by McCall's interaction with RODRIGUEZ during the purchase of methamphetamine.

10.     Once the buy walk had concluded, Detective McCall returned to the narcotics office and weighed the methamphetamine—packaging included—which totaled approximately 536 grams. Detective McCall then removed the packaging, revealing within a clear crystal-like substance he recognized from his training and experience to be methamphetamine.

11.     Sedgwick County Analyst Brodeur tested the properties of the suspected methamphetamine with a portable device utilized by law enforcement officer called a TruNarc. The TruNarc is designed to test suspected drugs by identifying over a thousand substances in a single test, including stimulants, depressants, analgesics, hallucinogens, and fentanyl analogs. The TruNarc was able to detect the presence of methamphetamine, resulting in a positive test.

12.     Based on the foregoing information, I believe there is probable cause that Patricia RODRIGUEZ is in violation of Title 21, United States Code 841(a)(1).

Respectfully submitted,

Charles Williams
Special Agent
DEA

4

Subscribed and sworn to before me on May 15, 2026

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

5