# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**

PATRICIA RODRIGUEZ CHAVEZ,

**Defendant.**

**CASE NO.** 26-CR-10091-JWB

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. § 841(a)]**

On or about January 16, 2026, in the District of Kansas, the defendant,

**PATRICIA RODRIGUEZ CHAVEZ,**

did knowingly and intentionally distribute 50 grams and more of methamphetamine

(actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 2

**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. § 841(a)]**

On or about May 14, 2026, in the District of Kansas, the defendant,

**PATRICIA RODRIGUEZ CHAVEZ,**

did knowingly and intentionally possess with intent to distribute 400 grams and more of a

mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL.

May 27, 2026                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## **PENALTIES**

### **Counts 1 and 2:  21 U.S.C. §§ 841(a)(1), (b)(1)(A)**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10,000,000.00 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20,000,000.00 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.